JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GILBERT NUNEZ, | CV NO.  12-785-VBF(AJW) |
|     Petitioner, | |
|     v. | JUDGMENT |
| L.S. McEWEN, Warden, | |
|     Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 5, 2012

_____
Cormac J. Carney
United States District Judge